**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA**

YOU ARE COMMANDED to have the body of      **Lamont Miguel Boswell (DOB xx/xx/1985)**      now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Building, Courtroom #1 on the 5th Floor, Worcester, MA, on   **July 1, 2020**   at   **11:30 am** for the purpose of an **Initial Appearance** in the case of UNITED STATES OF AMERICA V.   **Lamont Miguel Boswell** MJ Number    **20-4170-DHH**

And you are to retain the body of said **Lamont Miguel Boswell** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Lamont Miguel Boswell** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30th   day of **June**, **2020**.


 **/s/ David H. Hennessy**
**UNITED STATES MAGISTRATE JUDGE**

ROBERT M. FARRELL, CLERK

By: **/s/ Dawn King**
**SEAL**          **Courtroom Deputy Clerk**